ORIGINAL

jamestaylorinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00014 nbc |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) UNLAWFUL ENTRY |
| WILLIAM J. FEJERAN, | ) [18 U.S.C. § 1382] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 18, 2007, in the District of Guam, the defendant, WILLIAM J. FEJERAN, went upon a United States military reservation, namely Andersen Air Force Base, Guam, for the purpose prohibited by lawful regulation, that is, intending to engage in conduct in violation of Department of Defense Armed Services Commissary Regulaton 1330.17-R, in violation of Title 18, United States Code, Section 1382.

DATED this 31st day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney