
**ORIGINAL**

1   LEONARDO M. RAPADAS
    United States Attorney
2   KRISTIN D. ST. PETER
    Special Assistant U.S. Attorney
3   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
4   Hagåtña, Guam 96910
    PHONE: (671) 472-7332
5   FAX: (671) 472-7334

6   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 3 1 2007

JEANNE G. QUINATA
Clerk of Court

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       FOR THE TERRITORY OF GUAM

10  UNITED STATES OF AMERICA,        )   MAGISTRATE CASE NO.  07 - 000 14 mba

11              Plaintiff,            )

12       vs.                         )   **UNITED STATES' REQUEST**
                                     )   **FOR ISSUANCE OF SUMMONS**
13  WILLIAM J. FEJERAN,              )

14              Defendant.           )

15  _____ )

16       Comes now the United States of America and requests this Honorable Court issue a

17  summons for defendant, WILLIAM J. FEJERAN, based on an Information filed charging the

18  defendant with Unlawful Entry in violation of Title 18, United States Code, Section 1382..

19       Respectfully submitted this  21st  day of August, 2007.

20                                    LEONARDO M. RAPADAS
                                      United States Attorney
21                                    Districts of Guam and NMI

22                          By:

23                                    KRISTIN D. ST. PETER
                                      Special Assistant U.S. Attorney

24

25

26

27

28