LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**Re: United States' Request**<br>**For Issuance of Summons** |
| WILLIAM J. FEJERAN, | |
| Defendant. | |

IT IS SO ORDERED that a summons will be issued for the above-named defendant. The defendant will appear before the court on September 5, 2007 at 9:30 a.m.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Aug 31, 2007**