LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff. | |
| vs. | **AMENDED ORDER** |
| WILLIAM J. FEJERAN, | |
| Defendant. | |

Upon the filing of an Information and at the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, September 18, 2007, at 9:15 a.m.

/s/ Frances M. Tydingco-Gatewood
     Chief Judge
**Dated: Sep 04, 2007**