# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**WILLIAM J. FEJERAN,**

    Defendant.

MAGISTRATE CASE NO. 07-00014

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to September 17, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Sep 18, 2007**