AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| WILLIAM J. FEJERAN | Case Number: MJ-07-00014 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 302 |
| | Date and Time |
| Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Tuesday September 18, 2007 at 9:15 a.m. |

To answer a(n)
☐ Superseding   X Information   ☐ Complaint   ☐ Probation Violation   ☒ Supervised Release   ☐ Violation Notice
    Indictment                                                                                 Petition                     Violation Petition

Charging you with a violation of     18     United States Code, Section(s)     1382

**Brief description of offense:**

- UNLAWFUL ENTRY

**FILED**
DISTRICT COURT OF GUAM
OCT - 5 2007
JEANNE G. QUINATA
Clerk of Court

WALTER M. TENORIO, Deputy Clerk
Name and Title of Issuing Officer                     Signature of Issuing Officer

September 4, 2007
Date

## ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date 9/18/07 |

**Check one box below to indicate appropriate method of service**

☒ Served personally upon the defendant at:
USMS, Hagatna G—

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  10/5/07
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.