1  LEONARDO M. RAPADAS
   United States Attorney
2  BENJAMIN A. BELILES
   Special Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV – 7 2007 

JEANNE G. QUINATA
Clerk of Court

7

8              IN THE UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF GUAM

10                                    MAGISTRATE 94
11  UNITED STATES OF AMERICA,     )  ~~CRIMINAL~~ CASE NO. 07-00014
                                  )
12              Plaintiff,        )
                                  )  **STIPULATION OF PARTIES**
13                                )  **TO CONTINUE TRIAL DATE**
                                  )
14         vs.                    )
                                  )
15  WILLIAM J. FEJERAN,           )
                                  )
16              Defendant.        )
    _____)

17

18         Comes now the parties, United States of America, by and through the undersigned

19  attorneys, and defendant, WILLIAM J. FEJERAN, by and through his attorney, Richard P.

20  Arens, Assistant Federal Public Defender, and hereby stipulate and request to continue the trial

21  date currently set for November 13, 2007, to a date convenient with the Court, possibly on

    November 25 or 26, 2007.
22
           It is further stipulated and agreed by and between the parties, that the time period
23
    beginning and including November 7, 2007, to and including the new, rescheduled trial date, be
24
    excluded under 18 U.S.C. § 3161(h)(8)(A) of the Speedy Trial Act.
25
           The parties make this request for the reason that this case was referred to U.S.
26
    Probation on October 4, 2007 for investigation to determine if Pretrial Diversion is appropriate
27
    for WILLIAM J. FEJERAN. Due to unavoidable delay, U.S. Probation has been unable to
28

                              ORIGINAL

1 | complete its investigation and will require more time for completion. The ends of justice served
2 | by granting such continuance outweigh the best interest of the public and the defendant in a
3 | speedy trial.

5 | SO STIPULATED:

6 | LEONARDO M. RAPADAS
    | United States Attorney
7 | Districts of Guam and NMI

8

9 | 11/6/07
   | Date

10 | BENJAMIN A. BELILES
    | Special Assistant U.S. Attorney

11

12 | 11/7/07
    | Date

13 | RICHARD P. ARENS
    | Assistant Federal Public Defender
14 | Attorney for Defendant