LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WILLIAM J. FEJERAN, | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties to continue the trial and for good cause shown,

**IT IS HEREBY ORDERED** the trial currently scheduled to commence on November 13, 2007, be continued to November 27, 2007, at 9:00 a.m. Furthermore, the Court excludes the period beginning November 7, 2007 through November 27, 2007, inclusive, from computations under the Speedy Trial Act, based on a finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 08, 2007