JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
WILLIAM J. FEJERAN



FILED
DISTRICT COURT OF GUAM
NOV 20 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG 07-00014 |
| Plaintiff, | ) STIPULATION FOR RELEASE OF ) PASSPORT |
| vs. | ) |
| WILLIAM J. FEJERAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that defendant, William J. Fejeran shall be allowed to use his passport as needed for medical treatment in the Phillippines. Defendant shall be required to notify U.S. Probation of any and all

//

//

ORIGINAL

travel arrangements and shall be required to relinquish his passport upon his return to Guam.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 16, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
WILLIAM J. FEJERAN

_____
BENJAMIN A. BELILES
Attorney for Plaintiff
UNITED STATES OF AMERICA

2