# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM J. FEJERAN, | ) | ORDER |
| Defendant. | ) | |

On November 20, 2007, the Defendant filed a stipulation for the release of his passport so that he may use it to travel to the Philippines for medical treatment. The stipulation did not contain the Defendant's proposed dates of travel. Thus, the below-signed judge instructed his law clerk to call defense counsel, who then provided the dates of Defendant's expected travel.

Although the United States Probation Office ("USPO") had some concerns about the Defendant's travel plans, the court will permit the Defendant to travel to the Philippines to obtain needed medical treatment as requested. Accordingly, the court ORDERS that the Defendant's passport be released to him so that he may travel to the Philippines to obtain medical treatment. Such travel shall be permitted for the period beginning on Friday, November 23, 2007, through and including Thursday, December 6, 2007. The Defendant shall submit his passport to the USPO immediately upon his return and no later than Friday, December 7, 2007, by 5:00 p.m. Furthermore, upon his return, the Defendant shall provide the USPO with the name of the clinic or hospital visited and the name of the treating physician, along with any supporting documentation of his medical treatment in the Philippines.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 21, 2007