# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM J. FEJERAN, | ) | ORDER |
| Defendant. | ) | |

The jury trial for the above-named Defendant is scheduled to commence on November 27, 2007. The Defendant, however, has been accepted into a pretrial diversion program for a period of 18 months. Counsel for the United States and the Defendant have signed the pretrial diversion agreement, along with the Chief U.S. Probation Officer. The Defendant will execute said agreement upon his return to the island following a trip to the Philippines for medical treatment. Accordingly, the court grants the United States' motion to vacate the November 27, 2007, trial date. The U.S. Probation Office shall notify the court when the Defendant executes the agreement so that the appropriate dismissal order may be entered.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 27, 2007