# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE CASE NO. 07-00014-001 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTIFICATION OF EXECUTION** |
| vs. ) | |
| ) | |
| WILLIAM J. FEJERAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      On December 6, 2007, the defendant, William J. Fejeran, executed the pretrial diversion agreement for a period of 12 months. Accordingly, the magistrate case against him may be dismissed.

      Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc: File