DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00014 |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM J. FEJERAN, | ) | ORDER |
| Defendant. | ) | |

On August 31, 2007, an Information was filed charging the Defendant with Unlawful Entry, in violation of 18 U.S.C. § 1382. On November 23, 2007, the United States filed a motion to vacate the trial date because the Defendant had been accepted to participate in a pretrial diversion program. See Docket No. 19. The court vacated the trial and ordered the United States Probation Office to notify the court when the Defendant executes the diversion agreement.

On December 11, 2007, the United States Probation Office filed a notice stating that on December 6, 2007, the Defendant entered into a pretrial diversion agreement for a period of 12 months. See Docket No. 21.

Accordingly, the court dismisses the Information without prejudice for a period of 12 months, commencing on December 6, 2007. If the charge is not reinstated by motion of the United States within 12 months, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Dec 12, 2007