ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
GRACE D. FLORES
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00014-001 |
| Plaintiff, | |
| vs. | **APPLICATION FOR RELEASE OF PASSPORT** |
| WILLIAM J. FEJERAN, | |
| Defendant. | |

COMES NOW, U.S. Probation Officer Grace D. Flores, in the above-captioned case and requests for the release of USA Passport Number XXXXXXXXX to the defendant, William J. Fejeran. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On December 6, 2007, Mr. Fejeran entered in a pretrial diversion agreement for a period of 12 months. Accordingly, the Court dismissed the Information without prejudice for a period of 12 months, and if the charge is not reinstated by motion of the United States within 12 months, this case shall be dismissed with prejudice without further order of the Court.

Dated this 23rd day of January 2008.

/s/ GRACE D. FLORES
U.S. Probation Officer