ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
GRACE D. FLORES
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00014 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER; RE: APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| WILLIAM J. FEJERAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

    IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Jan 24, 2008**