# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**:  United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C.  20037

**FROM**:  Grace D. Flores, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          ☒ **Notice of Disposition**

| | | | | |
|---|---|---|---|---|
| Date: | **September 18, 2007** | | Date: | **December 6, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | | By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** |

| | | | | |
|---|---|---|---|---|
| Defendant: | **FEJERAN, William James** | | Case Number: | **MAGISTRATE #07-00014-001** |
| Date of Birth: | **XX-XX-1946** | | Place of Birth: | **Guam - USA** |
| SSN: | **XXX-XX-3029** | | | |

========================================================================

**NOTICE OF COURT ORDER** (Order Date:  **September 19, 2007**  )

☒  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒  The above-named defendant surrendered Passport Number  **XXXXXX**  to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

☒  Defendant not convicted.

☐  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ✓ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40  and copy of Judgment enclosed.
Defendant (or representative)